UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUELINE A. COTE, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Civil Action No.  15-cv-12945-WGY |

## JOINT MOTION FOR STAY

In light of the parties' continued settlement discussions, the parties respectfully request that the Court stay all litigation and discovery deadlines for six weeks, until April 11, 2016.

On February 22, 2016, the parties attended a private mediation with experienced labor and employment law mediator Mark Irvings.  The parties made significant progress at the mediation but require additional time to continue their discussions.  To that end, the parties have scheduled a second mediation session on April 6, 2016.

A stay will allow the parties to preserve resources and focus their efforts on resolution of this matter.  The parties will report back to the Court on or before April 11, 2016, and, if a revised pre-trial schedule is needed, will submit a proposed revised schedule that will postpone the existing deadlines in the schedule by six weeks without requiring the Court to postpone the November 2016 trial date, and without prejudicing any party's ability to meet those deadlines.

WHEREFORE, the parties respectfully move the Court to stay all litigation and discovery deadlines for six weeks, to and including April 11, 2016.

| | |
|---|---|
| Dated: March 2, 2016 | Respectfully submitted, |
| JACQUELINE COTE | WAL-MART STORES, INC. |
| / s / Peter Romer-Friedman<br>Peter Romer-Friedman (*pro hac vice*)<br>peter_romerfriedman@washlaw.org<br>WASHINGTON LAWYERS' COMMITTEE<br>FOR CIVIL RIGHTS AND URBAN<br>AFFAIRS<br>11 Dupont Circle, NW<br>Suite 400<br>Washington, DC  20036<br>(202) 319-1000 | /s/ Terence P. McCourt<br>Terence P. McCourt, BBO # 555784<br>mccourtt@gtlaw.com<br>Paula J. DeGiacomo, BBO# 118180<br>degiacomop@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA 02110<br>Tel: (617) 310-6000<br>Fax: (617) 310-6001<br>John R. Richards (pro hac vice)<br>richardsjr@gtlaw.com |
| John A. Freedman (Bar No. 629778)<br>John.Freedman@aporter.com<br>Peter Grossi (*pro hac vice*)<br>Peter.Grossi@aporter.com<br>Sarah Warlick (*pro hac vice*)<br>Sarah.Warlick@aporter.com<br>ARNOLD & PORTER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br> (202) 942-5316 | GREENBERG TRAURIG, LLP<br>2101 L Street, N.W.<br>Suite 1000<br>Washington, DC 20037<br>Tel: (202) 331-3100<br>Fax: (202) 331-3101<br>Paul J. Ondrasik Jr. (pro hac vice)<br>Eric. G. Serron (pro hac vice ) |
| Gary Buseck, BBO # 067540<br>gbuseck@glad.org<br>Allison W. Wright, BBO # 684753<br>awright@glad.org<br>GAY AND LESBIAN ADVOCATES &<br>DEFENDERS<br>30 Winter Street, Suite 800<br>Boston, MA  02108<br>(617) 426-1350 | STEPTOE & JOHNSON LLP<br>pondrasik@steptoe.com<br>eserron@steptoe.com<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Tel: (202) 429-8088<br>Fax: (202) 429-3902 |
| Juno Turner (*pro hac vice*)<br>jturner@outtengolden.com<br>Sally J. Abrahamson (*pro hac vice*)<br>sabrahamson@outtengolden.com<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, NY 10016<br>(212) 245-1000 | |

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd of March, 2016, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/ s / Terence P. McCourt